UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NICHOLAS REED MAGEE**            **CIVIL ACTION**

**VERSUS**            **NUMBER: 22-3835**

**FLORIDA MARINE, L.L.C., ET AL.**            **SECTION: "P"(5)**

**ORDER ON MOTION**
**JUNE 28, 2023**

APPEARANCES:

MOTION:

(1)    Plaintiff's Motion to Compel the Deposition of Capt. David Spencer and Complete Inspection of John Pasentine II (rec. doc. 49)
(2)    Motion to Stay Discovery (rec. doc. 53)

_____ :    Continued to

_____ :    No opposition filed within the time prescribed by Local Rule 7.5.

\_\_1, 2\_\_ :    Opposition. (Rec. docs. 54, 57, 58).

**ORDERED**

_____ :    Dismissed as moot.

_____ :    Dismissed for failure of counsel to appear.

\_\_1\_\_ :    The Motion to Compel is granted. Of particular note, there is a Scheduling Order in place in this matter setting a discovery deadline as to <u>all</u> parties. (Rec. doc. 36). The Motion to Dismiss upon which Florida Marine and McNational rely as a reason to stay certain discovery has been pending since January 2023 (rec. doc. 13), yet the District Judge saw fit to enter the full panoply of deadlines as to all parties. Under the circumstances, there is simply no reason to delay discovery in this matter. Moreover, the vessel inspection sought by Plaintiff appears in all respects to be routine and shall go forward on a date and time agreeable to the parties.

\_\_2\_\_ :    Denied for the reasons outlined above.

\_\_\_\_\_:   Other.

                                                **MICHAEL B. NORTH**
                                     **UNITED STATES MAGISTRATE JUDGE**