**Arthritis Care**
**Arthroscopic Surgery**
**Foot and Ankle Disorders**
**Fracture Care**
**Hand Surgery**
**Interventional Pain Management**
**Joint Reconstruction**
**Pediatric Orthopaedics**
**Physical Medicine Rehab**
**Spine Care**
**Sports Medicine**

Bone & Joint Clinic
a division of LMG

*Orthopaedic Surgeons:*
**James M. Todd, III, M.D.**
**Daniel J. Gallagher, M.D.**
**Robert L. Shackleton, M.D.**
**Kearny Q. Robert, III M.D.**
**Scott J. Habetz, M.D.**
**Neil L. Duplantier, M.D.**
**Gustavo E. Godoy, M.D.**
**Gina R. Cahill, M.D.**
**Michael J. Collins, M.D.**
*Interventional Pain Management:*
**Fred F. Chiu, M.D.**

Patient Name: **NICHOLAS MAGEE** **10/27/2022**
Chart Number: **650412**
Age / DOB: **26 years 12/22/1995**

**Preliminary report**

**Independent medical exam**

**Records reviewed**

**Medical records from Saint Tammany Parish Hospital:**
(3/29/2022) Patient seen with ultrasound of the right lower extremity showing a DVT in the right lower extremity. Placed on anticoagulation
(4/4/2022 – 4/7/2022) Patient is seen again this time complaining of shortness of breath and diagnosed with a pulmonary embolism.
(5/25/2022) Seen again with leg swelling however ultrasound ruled out any new DVT the right lower extremity

**Medical records Office visits from Paul VanDeventer Avala Ortho:**
(3/10/2022) 1st visit describing an injury 5 days prior slipping on a barge falling into the river with pain over the medial aspect of the right knee. MRI was ordered.
(3/14/2022) seen back after the MRI and scheduled for arthroscopic surgery the right knee with partial meniscectomy versus repair
(3/29/2022) initial postoperative visit with concern for blood clot, DVT and a ultrasound was ordered.
(3/31/2022 – 8/30/2022) of note the knee was aspirated on April 4, 2022 producing approximately 90 cc of blood tinged fluid. On June 20, 2022 the patient was released to a light duty as a steer man. And as of the last visit on August 30, 2022 the patient was released to lift approximately 60 lb at work.

**Operative report from Dr. Paul VanDeventer Avala Ortho:** (3/23/2022)
(Preoperative diagnosis) consistent with a medial meniscus tear
(Postoperative diagnosis) consistent with medial plica tear, right knee osteochondral lesion measuring 8 x 10 mm on the medial femoral condyle
(Procedures performed) resection of symptomatic plica, microfracture medial femoral condyle

**Medical records from DIS Premier open MRI:** Please see imaging section from this report

Arthritis Care
Arthroscopic Surgery
Foot and Ankle Disorders
Fracture Care
Hand Surgery
Interventional Pain Management
Joint Reconstruction
Pediatric Orthopaedics
Physical Medicine Rehab
Spine Care
Sports Medicine

Bone & Joint Clinic
a division of LMG

*Orthopaedic Surgeons:*
James M. Todd, III, M.D.
Daniel J. Gallagher, M.D.
Robert L. Shackleton, M.D.
Kearny Q. Robert, III M.D.
Scott J. Habetz, M.D.
Neil L. Duplantier, M.D.
Gustavo E. Godoy, M.D.
Gina R. Cahill, M.D.
Michael J. Collins, M.D.
*Interventional Pain Management:*
Fred F. Chiu, M.D.

**Medical records from Dr. R Douglas Bostick:**
The exam is again consistent with pain over the medial aspect of the knee over the medial femoral condyle and medial joint line. A new MRI of the right knee was ordered and places the recommendation that the patient to stay out of work.

**Physical therapy reports from rehab dynamics as well as Pinnacle Orthopedics:**
(8/31/2022 – (9/26/2022) patient recovering from knee arthroscopy as well as the DVT and PE. Continuing to complain of right knee pain.

**CHIEF COMPLAINT:** Right knee pain continued

**HX OF PRESENT ILLNESS:** Patient 26-year-old male who suffered an accident when he fell between 2 barges into the water and suffered an injury to his right knee. He underwent arthroscopic surgery with Dr. Paul VanDeventer at that point he underwent a microfracture of the medial femoral condyle as well as plica excision. It appears on the initial MRI after the accident on the barge that he had a meniscus tear. The patient also states that he had extensive bruising to the medial aspect of his knee. The patient developed a DVT as well as a pulmonary embolism postoperatively. The patient has continued to have rather extensive right knee pain. He presents in ambulating today with a limp. He states he is unable to go up and down stairs very well. Unable to move the knee very well. He has had some lag time with his physical therapy because of the DVT and pulmonary embolism as well. Patient also reports after the surgery having his knee aspirated with multiple different syringes. The patient states that the physical therapy has not been very helpful for him for the right knee. He also notes the swelling in the right lower extremity that began after the DVT has been a major setback for him. He states that at this point he is seeing Dr. Douglass Bostick who has ordered a new MRI which I have reviewed. He states that Dr. Bostick is discussing proceeding with another right knee arthroscopy at this point.

**PAST MEDICAL HX:** History of DVT and pulmonary embolism status post knee arthroscopy

**PAST SURGICAL HX:** Knee arthroscopy right knee

**MEDICATIONS:** **cyclobenzaprine (10 mg )**
**Eliquis (5 mg )**
**hydrocodone-acetaminophen (7.5-325 mg )**
**hydrocodone-acetaminophen (5-325 mg )**

**Arthritis Care**
**Arthroscopic Surgery**
**Foot and Ankle Disorders**
**Fracture Care**
**Hand Surgery**
**Interventional Pain Management**
**Joint Reconstruction**
**Pediatric Orthopaedics**
**Physical Medicine Rehab**
**Spine Care**
**Sports Medicine**

Bone & Joint Clinic
a division of LMG

*Orthopaedic Surgeons:*
**James M. Todd, III, M.D.**
**Daniel J. Gallagher, M.D.**
**Robert L. Shackleton, M.D.**
**Kearny Q. Robert, III M.D.**
**Scott J. Habetz, M.D.**
**Neil L. Duplantier, M.D.**
**Gustavo E. Godoy, M.D.**
**Gina R. Cahill, M.D.**
**Michael J. Collins, M.D.**
*Interventional Pain Management:*
**Fred F. Chiu, M.D.**

**ibuprofen (400 mg )**
**oseltamivir (75 mg )**
**pantoprazole (40 mg )**

**ALLERGIES:** **NKDA**

**SOCIAL HX:** Positive for tobacco and alcohol

**FAMILY HX:** Diabetes

**REVIEW OF SYSTEMS:** Right knee pain

**EXAM:** Patient alert orient x3, no acute distress. Well-developed well-nourished.

Examination right knee patient has pain palpation medial joint line. Positive pain over the medial femoral condyle at the insertion of the MCL this appears to be a rather extensive area of pain for this patient. He also has pain with valgus stress both at 0 and 30°. No increased opening but consistent pain over the femur at the insertion of the MCL. He has positive medial McMurray. Positive pain palpation medial femoral condyle. Positive patellofemoral crepitation anteriorly. Decreased quadriceps strength and decreased quadriceps recruitment. 1A Lachman. Negative posterior drawer. No severe pain laterally. He has pain with full extension forced hyperextension as well as pain with flexion past 90°. Has a positive effusion today.

**DIAGNOSTIC DATA:** I reviewed the reports as well as the MRIs

3/10/2022: Initial MRI does show what appears to be a longitudinal posterior medial meniscus tear. There is also fluid signal on the medial aspect of the knee consistent with a contusion.

10/14/2022: 2nd MRI does show continued longitudinal posterior medial meniscus tear.

**IMPRESSION:** Continued right knee pain, chronic MCL injury on the femur right knee, continued right knee medial meniscus tear, history of microfracture right medial femoral condyle, patellofemoral chondromalacia with quadriceps weakness, anterior knee pain, history of DVT with pulmonary embolism status post knee arthroscopy

2600 Belle Chasse Hwy., Suite I
Gretna, LA 70056
Phone: (504) 391-7670 • Fax: (504) 378-9439

4633 Wichers Dr.
Marrero, LA 70072
Phone: (504) 347-5421 • Fax: (504) 340-5171

**Arthritis Care**
**Arthroscopic Surgery**
**Foot and Ankle Disorders**
**Fracture Care**
**Hand Surgery**
**Interventional Pain Management**
**Joint Reconstruction**
**Pediatric Orthopaedics**
**Physical Medicine Rehab**
**Spine Care**
**Sports Medicine**

Bone & Joint Clinic
a division of LMG

*Orthopaedic Surgeons:*
**James M. Todd, III, M.D.**
**Daniel J. Gallagher, M.D.**
**Robert L. Shackleton, M.D.**
**Kearny Q. Robert, III M.D.**
**Scott J. Habetz, M.D.**
**Neil L. Duplantier, M.D.**
**Gustavo E. Godoy, M.D.**
**Gina R. Cahill, M.D.**
**Michael J. Collins, M.D.**
*Interventional Pain Management:*
**Fred F. Chiu, M.D.**

**DISCUSSION:** The patient suffered injury at work on March 6, 2022. He was seen soon after this by Dr. Paul VanDeventer and underwent right knee arthroscopy for what appeared to be a medial meniscus tear. It appears in the operating room the surgeon discover other pathology in the patient's right knee and managed this at that time. The patient then unfortunately developed a DVT as well as a pulmonary embolism. Then at some point he developed a significant joint effusion, possible hemarthrosis which was aspirated appropriately. Since that time the patient has not recovered very well with his right knee. He continues to have significant symptoms to the right knee and has been unable to get back to full work. Is been approximately 7 months since the surgery. The 2nd MRI appears fairly unchanged with regard to the medial meniscus. It appears that the osteochondral defect described in the operative note is not really visible on either MRI very well. The patient has not had any cortisone injections postoperatively or PRP injections to help with inflammation. The patient underwent a microfracture to the medial femoral condyle during the initial surgery. I feel that the recovery from a microfracture can be quite lengthy as well as with a postoperative DVT and pulmonary embolism complication which can certainly lengthen the recovery time.

**RECCOMENDATIONS:** I feel at this point the patient should be placed on a sedentary type duty. Based off of my exam with the patient I think it will be difficult for him to lift approximately 60 lb as described at the most recent office visit with Dr. VanDeventer. However, I do feel he can work in some regard. I feel it would likely be appropriate to order some laboratory work to rule out any obvious signs of infection with a CBC, ESR and CRP for the right knee. If these were elevated in this would constitute an aspiration of the right knee. However if these are normal then it may be reasonable to attempt a cortisone injection for the right knee or possibly a PRP injection for the right knee. This may allow the patient to have more benefit from physical therapy. I do feel he would likely benefit from more physical therapy in order to strengthen the quadriceps as well as continue to help with the swelling in the right lower extremity. If this is not helpful that do feel he may require another knee arthroscopy to try to visualize the osteochondral defect that underwent microfracture. If the osteochondral defect underwent a microfracture fails to establish fibrocartilage that he may require further surgical intervention for the osteochondral defect.

My opinions are based upon reasonable medical probability and supported by medical literature, assuming the materials are true and correct. Standard causation analysis protocol was used as endorsed by the AMA an AAOS. Obviously if more information becomes available I would hold the ability to change my opinion.

**Arthritis Care**
**Arthroscopic Surgery**
**Foot and Ankle Disorders**
**Fracture Care**
**Hand Surgery**
**Interventional Pain Management**
**Joint Reconstruction**
**Pediatric Orthopaedics**
**Physical Medicine Rehab**
**Spine Care**
**Sports Medicine**

Bone & Joint Clinic
a division of LMG

*Orthopaedic Surgeons:*
**James M. Todd, III, M.D.**
**Daniel J. Gallagher, M.D.**
**Robert L. Shackleton, M.D.**
**Kearny Q. Robert, III M.D.**
**Scott J. Habetz, M.D.**
**Neil L. Duplantier, M.D.**
**Gustavo E. Godoy, M.D.**
**Gina R. Cahill, M.D.**
**Michael J. Collins, M.D.**
*Interventional Pain Management:*
**Fred F. Chiu, M.D.**

Neil Duplantier, M.D.

Please note this dictation has been transcribed with voice recognition software and may contain unrecognized errors.

2600 Belle Chasse Hwy., Suite I
Gretna, LA 70056
Phone: (504) 391-7670 • Fax: (504) 378-9439

4633 Wichers Dr.
Marrero, LA 70072
Phone: (504) 347-5421 • Fax: (504) 340-5171