**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NICHOLAS REED MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3835** |
| **FLORIDA MARINE, LLC, ET AL.** | **SECTION: "P" (5)** |

**JUDGMENT**

Considering the Court's Findings of Fact and Conclusions of Law (R. Doc. 255) entered herein on March 31, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that on the basis of the above-referenced Findings of Fact and Conclusions of Law, there be judgment in favor of Plaintiff Nicholas Reed Magee and against Defendants Florida Marine, LLC, Florida Marine Transporters, LLC, and PBC Management, LLC, in the total amount of $3,315,574.60.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to pre-judgment interest on past damages ($671,179.60) at the rate of 3% per annum from the date of judicial demand until satisfied; and Plaintiff is entitled to post-judgment interest on all remaining damages ($2,644,395.00) at the federal judicial rate from the date of judgment until the date paid.

New Orleans, Louisiana, this 31st day of March 2026.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**